App. Div.]          Second Department, February, 1912.

Luigi Caronoano, Appellant, v. Israel Pomeranz, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas and Woodward, JJ., concurred; Carr and Rich, JJ., dissented.

John J. Gordon, Respondent, v. The Law Reporting Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented upon the ground that authority to make the contract is not shown.

The People of the State of New York, Respondent, v. Sheffield Farms-Slawson-Decker Company, Appellant, Impleaded with Benjamin S. Halsey and Loton Horton, Defendants.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Respondent, v. Robert H. Neville and Others, Assessors of the City of Yonkers, Westchester County, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edward A. Richards, Respondent, v. The City of New York, Appellant. — We have concluded, in order that the practice may be uniform, to follow the decision of the First Department in *Ryan* v. *Murphy* (116 App. Div. 242). Order reversed, without costs, and motion denied, without costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Margaret Allum Smith, Respondent, v. George D. Smith, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Staten Island Water Supply Company, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Franklin A. Wiethan, Respondent, v. New Paltz, Highland and Poughkeepsie Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Annie Crawford, Respondent, v. Abraham Washor, Appellant.— Motion to dismiss appeal denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Last Will and Testament of Ellen Haggerty, Deceased.— Motion denied, on condition that appellant pay ten dollars costs, perfect her appeal with due diligence, place the cause upon the next calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.